# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH ORTIZ (1);<br>RODNEY RICHARDSON (2),<br><br>　　　　　　　　　　　Defendants. | Case No.: 24-cr-1311-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 29, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 1, 2024 to January 17, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 66] and sets the Motion Hearing/Trial Setting on January 17, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

     Further, on June 20, 2024, Defendant Rodney Richardson filed a pretrial motion that remains pending. Accordingly, the Court finds that time from June 20, 2024 to January 17, 2025 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

     The parties are instructed to appear in person at the hearing on January 17, 2025 and to be prepared to discuss the progress of discovery and the setting of a trial date.

     IT IS SO ORDERED.

Dated: October 30, 2024

                                            Hon. Jinsook Ohta
                                            UNITED STATES DISTRICT JUDGE